**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000138
18-DEC-2025
08:56 AM
Dkt. 32 ODSD**

NO. CAAP-25-0000138

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

J.P., Plaintiff-Appellee,
v.
J.N., Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DV211000119)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On May 16, 2025, self-represented Defendant-Appellant J.N. filed a *First Motion for Extension of Time to File Statement of Jurisdiction and for Corresponding Extension of Appellate Deadlines*, which this court granted in part in a May 20, 2025 order extending the deadlines to file the statement of jurisdiction and opening brief to July 15, 2025 and August 18, 2025, respectively;

(2) On August 25, 2025 the appellate clerk entered a default notice informing J.N. that the time for filing the statement of jurisdiction and opening brief had expired; the matter would be called to the court's attention on September 4, 2025 for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30; and J.N. could request relief from default by motion; and

(3) J.N. has failed to file the statement of jurisdiction and the opening brief, and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 18, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge